# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNONA PHARISS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAWN DAVISON, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. EDCV 08-0120-AHM (JTL) <br><br> **J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 20, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE